IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY *AC* D.C.

05 JUL 22 PM 1:58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| Plaintiff, | ) |
| v. | ) Criminal No. 04-20339 Ml |
| LeAndre Barner | )<br>) (60-Day Continuance) |
| | )<br>)<br>)<br>)<br>) |
| Defendant(s). | ) |

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the August 2005, criminal rotation calendar, but is now RESET for report at <u>9:00 a.m. on Friday, September 23, 2005</u>, with trial to take place on the October, 2005, rotation calendar with the time excluded under the Speedy Trial Act through October 14, 2005. Agreed in open court at report date this 22nd day of July, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-25-05

44

SO ORDERED this 22nd day of July, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

_____
Assistant United States Attorney

_____

_____

_____
Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:04-CR-20339 was distributed by fax, mail, or direct printing on July 25, 2005 to the parties listed.

---

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT